# EXHIBIT A

**Heather Donahue**

| | |
|---|---|
| **From:** | Heather Donahue |
| **Sent:** | Friday, September 12, 2008 4:10 PM |
| **To:** | Ellis, DiAnn |
| **Subject:** | FW: Very Very Important |

**Importance:** High

**From:** Frank Mazzola
**Sent:** Thursday, April 17, 2008 2:58 PM
**To:** Aaron Segal; Alex Forschner; Barry Mohr; Bob Spiegel; Chris Bornemann; Christine Caridi; Christopher Brothers; David Landskowsky; David Ranaudo; El-Ad Sela; Eric Rubenstein; Frank Mazzola; Heather Donahue; Jared Carmel; Jason Gersten; Javier Guadarrama; Jenna Mullen; Jessica Eddins; Joe Dempsey; Joe Hede; John Van Clief; John Walsh; Jonathan Manela; Joseph Cordi; Justin Israelson; Kate Happel; Kevin Graetz; Kevin Johnson; Leonard Barenboim; Maya Lawler; Owen Praskievicz; Robert Bostelman; Robert Nazara; Scott Cardone; Sean Connors; Sean Salvatore; Tim Herrmann; Todd Harrigan; Wesley Gordon; William Barkow
**Subject:** Very Very Important
**Importance:** High

## advAnced equities

**-THE VENTURE CAPITAL INVESTMENT BANK**
**New York • Chicago • San Francisco**
Member NASD, SIPC

If you dirty shoe wearing, cheap sob's do not get shoe shines she will stop coming.

All the best,

*-Frank G. Mazzola*
Senior Managing Director/
Sales Manager

Advanced Equities
565 5TH Avenue 20th Fl.
New York, NY 10017
Direct:    212.292.3482
Mobile:   917.887.0598

9/18/2008

# www.advancedequities.com

The attached article and/or link, is not an offer to buy or sell securities, and it should not be construed as an offer to buy or sell securities. The information contained therein is intended for information purposes and does not contemplate the specific investment objectives, financial situation, or needs of a specific recipient. The information contained therein does not constitute nor should it be construed as investment advice or an invitation to conduct investment business.

All third party materials are the responsibility of their respective authors, creators, and owners. Advanced Equities, Inc. is not responsible for third party materials, and the information reflects the opinion of its authors, creators, and owners at the time of issuance, which opinions and information are subject to change at any time without notice and without obligation of notification.

The information does not necessarily reflect the opinion or belief of Advanced Equities, Inc. and it should not be construed as such. The information contained herein, including but not limited to references to any websites or internet links are provided in good faith, without independent verification by Advanced Equities, Inc. and without any express or implied warranty of accuracy or completeness and should not be relied upon as such.

Many inherent, actual, or potential conflicts of interest may exist due to receipt of fees from relevant companies or industries mentioned in this article and/or link. In addition, Advanced Equities, Inc. may at any time have an equity position in a company and/or industry mentioned in this article and/or link.

9/18/2008

**Heather Donahue**

| | |
|---|---|
| From: | Heather Donahue |
| Sent: | Friday, September 12, 2008 4:09 PM |
| To: | Ellis, DiAnn |
| Subject: | FW: Bridges (not in Madison County) |

**Importance:** High

**From:** Frank Mazzola
**Sent:** Friday, May 02, 2008 10:54 AM
**To:** Aaron Segal; Alex Forschner; Barry Mohr; Bob Spiegel; Chris Bornemann; Christine Caridi; Christopher Brothers; David Landskowsky; David Ranaudo; El-Ad Sela; Eric Rubenstein; Frank Mazzola; Gary Saccaro; Heather Donahue; Jared Carmel; Jason Gersten; Javier Guadarrama; Jenna Mullen; Jessica Eddins; Joe Dempsey; Joe Hede; John Van Clief; John Walsh; Jonathan Manela; Joseph Cordi; Justin Israelson; Kate Happel; Kevin Graetz; Kevin Johnson; Leonard Barenboim; Maya Lawler; Pamela Costanza; Robert Bostelman; Robert Nazara; Scott Cardone; Sean Connors; Sean Salvatore; Tim Herrmann; Todd Harrigan; Toqir Choudri; Wesley Gordon; William Barkow
**Subject:** Bridges (not in Madison County)
**Importance:** High



**THE VENTURE CAPITAL INVESTMENT BANK**
**New York • Chicago • San Francisco**
Member Finra, SIPC

The support I have been getting has been overwhelming (not). I will be sure to remember everyone who get's at least something done. I will certainly remember those who do butkus or better yet I will forget you exist. Your call on how you would like to be remembered or not.

If you cannot raise at least $200K on one of these bridges you should consider a new career because sales are obviously not your forte. We need it today!

All the best,

*Frank G. Mazzola*
Senior Managing Director/
Sales Manager

**Advanced Equities**
565 5TH Avenue 20th Fl.
New York, NY 10017
Direct:    212.292.3482
Mobile:   917.887.0598

www.advancedequities.com

The attached article and/or link, is not an offer to buy or sell securities, and it should not be construed as an offer to buy or sell securities. The information contained therein is intended for information purposes and does not contemplate the specific investment objectives, financial situation, or needs of a specific recipient. The information contained therein does not constitute nor should it be construed as investment advice or an invitation to conduct investment business.

All third party materials are the responsibility of their respective authors, creators, and owners. Advanced Equities, Inc. is not responsible for third party materials, and the information reflects the opinion of its authors, creators, and owners at the time of issuance, which opinions and information are subject to change at any time without notice and without obligation of notification.

The information does not necessarily reflect the opinion or belief of Advanced Equities, Inc. and it should not be construed as such. The information contained herein, including but not limited to references to any websites or internet links are provided in good faith, without independent verification by Advanced Equities, Inc. and without any express or implied warranty of accuracy or completeness and should not be relied upon as such.

Many inherent, actual, or potential conflicts of interest may exist due to receipt of fees from relevant companies or industries mentioned in this article and/or link. In addition, Advanced Equities, Inc. may at any time have an equity position in a company and/or industry mentioned in this article and/or link.

9/18/2008

**Heather Donahue**

**From:** Heather Donahue
**Sent:** Friday, September 12, 2008 4:03 PM
**To:** Dioguardi, William
**Subject:** FW: Friday

**From:** Frank Mazzola
**Sent:** Wednesday, June 11, 2008 4:19 PM
**To:** 10th Floor Boardroom; Aaron Segal; Alex Forschner; Barry Mohr; Bob Spiegel; Chris Bornemann; Christine Caridi; Christopher Brothers; David Landskowsky; El-Ad Sela; Eric Rubenstein; Frank Mazzola; Gary Saccaro; Heather Donahue; Jared Carmel; Jason Gersten; Javier Guadarrama; Jenna Mullen; Jessica Eddins; Joe Dempsey; Joe Hede; John Van Clief; John Walsh; Jonathan Manela; Joseph Cordi; Justin Israelson; Kate Happel; Kevin Graetz; Kevin Johnson; Maya Lawler; Michael Luparella; Pamela Costanza; Robert Bostelman; Robert Nazara; Scott Cardone; Sean Connors; Sean Salvatore; Tim Herrmann; Todd Harrigan; Toqir Choudri; Wesley Gordon; William Barkow
**Subject:** Friday

# advAnced equities

## THE VENTURE CAPITAL INVESTMENT BANK
**New York • Chicago • San Francisco**
Member Finra, SIPC

Guys,
You really need to step it up. As it looks now only a few will actually hit their goals for Friday. This totally unacceptable and will have ramifications. That is not huffing and puffing it is 100% fucking fact! You can take it to the bank!

What the are you waiting for?

*Frank G. Mazzola*
Senior Managing Director/
Sales Manager

Advanced Equities
565 5TH Avenue 20th Fl.
New York, NY 10017
Direct:    212.292.3482

9/18/2008

Mobile:   917.887.0598

www.advancedequities.com

The attached article and/or link, is not an offer to buy or sell securities, and it should not be construed as an offer to buy or sell securities. The information contained therein is intended for information purposes and does not contemplate the specific investment objectives, financial situation, or needs of a specific recipient. The information contained therein does not constitute nor should it be construed as investment advice or an invitation to conduct investment business.

All third party materials are the responsibility of their respective authors, creators, and owners. Advanced Equities, Inc. is not responsible for third party materials, and the information reflects the opinion of its authors, creators, and owners at the time of issuance, which opinions and information are subject to change at any time without notice and without obligation of notification.

The information does not necessarily reflect the opinion or belief of Advanced Equities, Inc. and it should not be construed as such. The information contained herein, including but not limited to references to any websites or internet links are provided in good faith, without independent verification by Advanced Equities, Inc. and without any express or implied warranty of accuracy or completeness and should not be relied upon as such.

Many inherent, actual, or potential conflicts of interest may exist due to receipt of fees from relevant companies or industries mentioned in this article and/or link. In addition, Advanced Equities, Inc. may at any time have an equity position in a company and/or industry mentioned in this article and/or link.

9/18/2008

## Heather Donahue

| | |
|---|---|
| **From:** | Heather Donahue |
| **Sent:** | Friday, September 12, 2008 4:02 PM |
| **To:** | Ellis, DiAnn |
| **Subject:** | FW: D-Day |
| **Importance:** | High |
| **Attachments:** | Frank Mazzola.vcf |

**From:** Frank Mazzola
**Sent:** Friday, June 13, 2008 9:45 AM
**To:** Aaron Segal; Alex Forschner; Barry Mohr; Bob Spiegel; Casey Heller; Chris Bornemann; Christine Caridi; Christopher Brothers; David Landskowsky; El-Ad Sela; Eric Rubenstein; Frank Mazzola; Gary Saccaro; Heather Donahue; Jared Carmel; Jason Gersten; Javier Guadarrama; Jenna Mullen; Jessica Eddins; Joe Dempsey; Joe Hede; John Van Clief; John Walsh; Jonathan Manela; Joseph Cordi; Justin Israelson; Kate Happel; Kevin Graetz; Kevin Johnson; Maya Lawler; Michael Luparella; Pamela Costanza; Robert Bostelman; Robert Nazara; Scott Cardone; Sean Connors; Sean Salvatore; Tim Herrmann; Todd Harrigan; Toqir Choudri; Wesley Gordon; William Barkow
**Subject:** D-Day
**Importance:** High



**THE VENTURE CAPITAL INVESTMENT BANK**
**New York • Chicago • San Francisco**
Member FINRA, SIPC

Folks,
It is crunch time. Many of us have failed misreably in achieving our goals given to us last week to meet today. You would never know the level of failure based on the attitude in the office which is relatively light and fun, a typical summer Friday. Some I am surprised by others I expected.

We/you have about four hours to pull a rabbit out of the hat. If you are here to make it happen you should be pounding the phones. If you are here to talk about weekend plans or the U.S. Open GET OUT - you are screwing it up for those of us that actually give a shit.

Let's Bring it home in a big way today!

9/18/2008

I will be forwarding everyones numbers to Dwight and Keith later today and will CC the office.

All the best,

*Frank G. Mazzola*

Senior Managing Director/
Sales Manager

**Advanced Equities**
565 5TH Avenue 20th Fl.
New York, NY 10017
Direct:    212.292.3482
Mobile:   917.887.0598

www.advancedequities.com

The attached article and/or link, is not an offer to buy or sell securities, and it should not be construed as an offer to buy or sell securities. The information contained therein is intended for information purposes and does not contemplate the specific investment objectives, financial situation, or needs of a specific recipient. The information contained therein does not constitute nor should it be construed as investment advice or an invitation to conduct investment business.

All third party materials are the responsibility of their respective authors, creators, and owners. Advanced Equities, Inc. is not responsible for third party materials, and the information reflects the opinion of its authors, creators, and owners at the time of issuance, which opinions and information are subject to change at any time without notice and without obligation of notification.

The information does not necessarily reflect the opinion or belief of Advanced Equities, Inc. and it should not be construed as such. The information contained herein, including but not limited to references to any websites or internet links are provided in good faith, without independent verification by Advanced Equities, Inc. and without any express or implied warranty of accuracy or completeness and should not be relied upon as such.

Many inherent, actual, or potential conflicts of interest may exist due to receipt of fees from relevant companies or industries mentioned in this article and/or link. In addition, Advanced Equities, Inc. may at any time have an equity position in a company and/or industry mentioned in this article and/or link.

9/18/2008

**Heather Donahue**

| | |
|---|---|
| From: | Heather Donahue |
| Sent: | Friday, September 12, 2008 3:54 PM |
| To: | Ellis, DiAnn |
| Subject: | FW: Updates |
| Attachments: | Frank Mazzola.vcf |

**From:** Frank Mazzola
**Sent:** Wednesday, July 09, 2008 5:05 PM
**To:** Aaron Segal; Alex Forschner; Barry Mohr; Basil Christakos; Bob Spiegel; Casey Heller; Christine Caridi; Christopher Brothers; David Landskowsky; Eric Rubenstein; Frank Mazzola; Gary Saccaro; Heather Donahue; Jared Carmel; Jason Gersten; Javier Guadarrama; Jenna Mullen; Jessica Eddins; Joe Dempsey; Joe Hede; John Van Clief; John Walsh; Jonathan Carlson; Jonathan Manela; Joseph Cordi; Justin Brannan; Kate Happel; Kevin Graetz; Kevin Johnson; Maya Lawler; Michael Luparella; Pamela Costanza; Robert Bostelman; Robert Nazara; Scott Cardone; Sean Connors; Sean Salvatore; Tim Herrmann; Todd Harrigan; Toqir Choudri; Wesley Gordon; William Barkow
**Subject:** Updates



**THE VENTURE CAPITAL INVESTMENT BANK**
**New York • Chicago • San Francisco**
Member FINRA, SIPC

I asked for updates on where you are on Fabrik and Magnum. I am to fucking busy to keep following up so when I ask for something just do it it is your job as well as mine to ask. I am fucking livid with anyone who has not yet sent me the updates. I am going to treat you with the same respect you treat me. In other words I will forget who you are. Send me the update now if you have not already for crying out loud.

If it is zero so be it!

All the best,

*Frank G. Mazzola*
Senior Managing Director/

9/18/2008

Sales Manager

Advanced Equities
565 5TH Avenue 20th Fl.
New York, NY 10017
Direct:    212.292.3482
Mobile:   917.887.0598

www.advancedequities.com

The attached article and/or link, is not an offer to buy or sell securities, and it should not be construed as an offer to buy or sell securities. The information contained therein is intended for information purposes and does not contemplate the specific investment objectives, financial situation, or needs of a specific recipient. The information contained therein does not constitute nor should it be construed as investment advice or an invitation to conduct investment business.

All third party materials are the responsibility of their respective authors, creators, and owners. Advanced Equities, Inc. is not responsible for third party materials, and the information reflects the opinion of its authors, creators, and owners at the time of issuance, which opinions and information are subject to change at any time without notice and without obligation of notification.

The information does not necessarily reflect the opinion or belief of Advanced Equities, Inc. and it should not be construed as such. The information contained herein, including but not limited to references to any websites or internet links are provided in good faith, without independent verification by Advanced Equities, Inc. and without any express or implied warranty of accuracy or completeness and should not be relied upon as such.

Many inherent, actual, or potential conflicts of interest may exist due to receipt of fees from relevant companies or industries mentioned in this article and/or link. In addition, Advanced Equities, Inc. may at any time have an equity position in a company and/or industry mentioned in this article and/or link.

9/18/2008

## Heather Donahue

**From:** Heather Donahue
**Sent:** Friday, September 12, 2008 3:48 PM
**To:** Ellis, DiAnn
**Subject:** FW: How you look.

---

**From:** Frank Mazzola
**Sent:** Thursday, August 28, 2008 9:17 AM
**To:** Aaron Segal; Alex Forschner; Basil Christakos; Ben White; Bob Spiegel; Christine Caridi; Christopher Brothers; David Landskowsky; David Seto; Eric Rubenstein; Frank Mazzola; Gary Saccaro; Heather Donahue; Jared Carmel; Javier Guadarrama; Jenna Mullen; Jessica Eddins; Joe Dempsey; Joe Hede; John Van Clief; Jonathan Carlson; Joseph Cordi; Justin Brannan; Kate Happel; Kevin Graetz; Maya Lawler; Michael Luparella; Pamela Costanza; Robert Bostelman; Scott Cardone; Sean Salvatore; Tim Herrmann; Todd Harrigan; Toqir Choudri; Wesley Gordon; William Barkow
**Subject:** How you look.

Very simple rule going forward: If you are not clean shaven do not come to work. If you do come to work unshaven I will send you home no excuses. I do not want to hear that your face is sensitive or you were out all night or the chicks dig it. No BS I will send you home starting tomorrow.

This has always been a requirement so if you do not like it go find a new job.

All the best,

*Frank G. Mazzola*

Senior Managing Director/
Sales Manager

Advanced Equities
565 5TH Avenue 20th Fl.
New York, NY 10017
Direct:     212.292.3482
Mobile:    917.887.0598

9/18/2008