# LITTMAN KROOKS LLP

570 Lexington Avenue, 44th Floor  
New York, New York 10022  
Tel.: (212) 688-0008  
Fax: (212) 319-7605

22 North Park Place, 2nd Floor  
Morristown, New Jersey 07960  
Tel.: (973) 998-6596  
Fax: (973) 998-6598  
*Please respond to NJ address

EMAIL: barry@bordetskylaw.com

Admitted in NY/NJ

April 26, 2010

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_____  
Paul G. Gardephe U.S.D.J.

Dated: April 27, 2010

**By Facsimile**  
The Honorable Paul G. Gardephe, U.S.D.J.  
United States District Court  
For the Southern District of New York  
500 Pearl Street, Courtroom 17A  
New York, NY 10007

Re: Heather Donahue v. Advanced Equities, Inc. v. Frank Mazzola  
SDNY 09-CV-10447

Dear Judge Gardephe:

This office represents Frank Mazzola in the above-referenced action. I write with the consent of counsel for plaintiff and defendant, as indicated below by their signatures.

As the Court will recall, on Friday, April 23, 2010, counsel for the parties met before the Court to discuss, among other things, scheduling as it relates to Mr. Mazzola's motion to dismiss. The Court requested a letter from the undersigned outlining the basis for the motion by April 29, 2010. A responsive letter from defendant is due Thursday, May 6, 2010.

For reasons that cannot be included in this letter, the undersigned submits herein this letter as an application to be relieved as counsel for Mr. Mazzola. To that end, to insure that Mr. Mazzola has ample time to retain new counsel, and request is made for a two-week adjournment of the April 29, 2010 and May 6, 2010, dates. During that time frame Mr. Mazzola will seek new counsel. At that point, if there are any further issues that arise with respect to time concerns, it will be addressed by new counsel.

Respectfully submitted,

Littman Krooks LLP

By: _____  
Barry M. Bordetsky

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 4/27/10

Littman Krooks LLP

The Honorable Paul G. Gardephe, U.S.D.J.
April 26, 2010
Page 2 of 2

_____
Matalon ♦ Shweky ♦ Elman PLLC
Howard I. Elman
Michael Kraver
450 Seventh Avenue, 33rd Floor
New York, NY 10123

*Attorneys for Plaintiff Heather Donahue*

_____
Herrick, Feinstein LLP
Carol M. Goodman
John Oleske
2 Park Avenue
New York, NY 10016

*Attorneys for Defendant and Third Party Plaintiff Advanced Equities, Inc.*

So Ordered:

_____
Honorable Paul G. Gardephe, U.S.D.J.

EMAIL: barry@bordetskylaw.com