```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER DONAHUE,
         Plaintiff,

-against-

ADVANCED EQUITIES, INC., and
FRANK MAZZOLA,

         Defendants.

**ORDER OF DISMISSAL**

09 Civ. 10447 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

Dated: New York, New York
       September 30, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge