UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEATHER DONAHUE,                             :        Honorable Paul G. Gardephe
                                             :
                              Plaintiff      :        09 Civ. 10447 (PGG)
           -against-                         :
                                             :        STIPULATION OF
ADVANCED EQUITIES, INC.,                     :        DISCONTINUANCE
                                             :
                              Defendant.     :
---

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 29, 2010

| HERRICK, FEINSTEIN LLP | MATALON ♦ S~~HWEKY~~ ♦ ~~ELM~~AN PLLC |
|---|---|
| By: _____ | By: _____ |
| Carol M. Goodman | Howard I. Elman |
| Grant Cornehls | Michael Kraver |
| 2 Park Avenue | 450 Seventh Avenue, 33rd Floor |
| New York, NY 10016 | New York, NY 10123 |
| (212) 592-1400 | (212) 244-9000 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Advanced Equities, Inc.* | *Heather Donahue* |

SO ORDERED

_____
Paul G. Gardephe, U.S.D.J.