UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER DONAHUE, | Honorable Paul G. Gardephe |
| Plaintiff | 09 Civ. 10447 (PGG) |
| -against- | |
| ADVANCED EQUITIES, INC., | STIPULATION OF DISCONTINUANCE |
| Defendant. | |

  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 29, 2010

HERRICK, FEINSTEIN LLP

By: _____
  Carol M. Goodman
  Grant Cornehls
  2 Park Avenue
  New York, NY 10016
  (212) 592-1400
  *Attorneys for Defendant*
  *Advanced Equities, Inc.*

MATALON ♦ SHWEKY ♦ ELMAN PLLC

By: _____
  Howard I. Elman
  Michael Kraver
  450 Seventh Avenue, 33rd Floor
  New York, NY 10123
  (212) 244-9000
  *Attorneys for Plaintiff*
  *Heather Donahue*

SO ORDERED

_____
Paul G. Gardephe, U.S.D.J.